Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2056

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
8880 Cal Center Drive, Suite 400
Sacramento, CA 95826
(916) 361-6505
(916) 361-6515

Attorneys for Plaintiff
SUKHVIR ATWAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVIR ATWAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>MANOR CARE OF CITRUS HEIGHTS CA, LLC, et. al.,<br><br>    Defendants. | **Case No. 2:08-cv-02571-FCD-EFB**<br><br>PLAINTIFF'S UNOPPOSED MOTION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER; **ORDER**<br><br>Hearing Date: Sept. 24, 2010<br><br>Hearing Time: 10:00 a.m.<br><br>Dept. 2 |

Pursuant to Local Rule 78-230, the Standing Order of the Court, and this Court's Status Scheduling Order of December 30, 2008, Plaintiff Sukhvir Atwal respectfully submits the following motion to modify the status (pretrial scheduling) order as follows:

- 1 –

## I. REQUESTED MODIFICATIONS TO DATES OF STATUS ORDER:

By the Court's own motion, the Final Pretrial Conference has been reset for December 3, 2011 and the Trial is reset for February 15, 2011. Accordingly, Plaintiff requests the following modifications to the Status Order:

| **Previous Date:** | **Proposed New Date** |
| --- | --- |
| October 16, 2009 – Disclosure of Experts | October 19, 2010 |
| November 16, 2009 – Supplemental Disclosure of Experts | November 19, 2010 |
| December 31, 2009 – Completion of Expert Discovery | January 3, 2011 |
| April 23, 2010 – Joint Pretrial Statement to be filed | November 26, 2011 |

With respect to the Disclosure of Experts, the parties have stipulated that the only expert to be disclosed by Plaintiff will be Charles A. Mahla Ph.D. as an economics expert. It is the belief of the parties that the assistance provided by the above-named economic expert will aid in a possible pre-trial resolution of this case.

Further, the parties stipulate to elect referral of action to Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 16-271.

**GOOD CAUSE EXISTS FOR MODIFICATION OF STATUS ORDER:**

1. As indicated above, the parties are stipulating to elect referral of action to Voluntary Dispute Resolution Program. Modification to the Status Order is required to provide the parties with the opportunity to fully take advantage of the alternative dispute resolution process.

Plaintiff's Unopposed Motion to Modify
the Status Order; **Order**

2. Good Cause exists in that the Court, by its own motion, changed the trial date for the case. Accordingly, the parties have subsequently agreed to pursue alternative dispute resolution of this matter. In order to facilitate possible resolution of the case through the Voluntary Dispute Resolution Program, the parties have agreed to seek relief from the court as to the above deadlines imposed by the Status Pretrial Scheduling Order.

3. Good cause exists because judicial efficiency support rescheduling of prelitigation deadlines to avoid unnecessary litigation expense.

4. Good cause exists in that Plaintiff recently retained Attorney Lawrance A. Bohm for further handling including lead trial counsel.

5. Further, neither party would be prejudiced by the requested modification to the Status Scheduling Order.

Dated: Aug. 12, 2010            By:    /s/ Lawrance A. Bohm
                                LAWRANCE A. BOHM (SBN: 208716)
                                Attorney for Plaintiff


Dated: Aug. 12, 2010            By:    /s/ Erika M. Gaspar
                                ERIKA M. GASPAR (SBN 238117)
                                Attorney for Plaintiff

**IT IS SO ORDERED:**

Date:   August 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 3 –

Plaintiff's Unopposed Motion to Modify
the Status Order; **Order**