Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate, Suite 210
Sacramento, CA  95834
Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
Telephone:  (916) 749-0278
Facsimile:  (916) 647-0535

Attorneys for Plaintiff
SUKHVIR ATWAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVIR ATWAL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MANOR CARE OF CITRUS HEIGHTS CA, LLC, et. al.,<br><br>　　　　Defendants. | **Case No.  2:08-cv-02571-FCD-EFB**<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIONAL PAPERS; ORDER** |

　　Through their respective counsel of record, all of the parties to this case seek additional time to file settlement papers with the Court pursuant to Local Rule 160(b). The parties' counsel believe that good cause exists for the requested continuance. The parties have actively and diligently been working together to Plaintiff's underlying workers' compensation

- 1 –

ATWAL v. MANOR CARE, et. al
Case No. 2:08-cv-02571-FCD-EFB

Stipulation And Request For Order Extending
Time For Parties To File Dispositional
Papers; Order

case resolved.  The parties had anticipated that an agreement would be reached by today, but it appears that more discussion is necessary regarding the details of the underlying workers' compensation case.  The parties believe that they will be able to finalizing the settlement terms and documents memorializing their agreement, and request an additional fourteen (14) days to file the dispositional documents with the court. Counsel for the parties believe that the interests of justice and efficiency for everyone concerned would be served by an Order granting the requested continuance.

      For the foregoing reasons, the parties to this action hereby stipulate and request the following:  That the Court issue an Order extending the time for the parties to file dispositional documents by fourteen (14) days.

IT IS SO STIPULATED.

Dated: February 18, 2011        /s/ *Lawrance A. Bohm*
LAWRANCE A. BOHM, ESQ.
ERIKA M. GASPAR, ESQ.
BOHM LAW GROUP
Attorneys for Plaintiff
SUKHVIR ATWAL

Dated: February 18, 2011        /s/ *Matthew J. Ruggles*(authorized 2/18/11)
MATTHEW J. RUGGLES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MANOR CARE OF CITRUS HEIGHTS CA, LLC

**IT IS SO ORDERED**.  Dispositional documents shall be filed by March 4, 2011.

Dated:  February 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

- 2 –

ATWAL v. MANOR CARE, et. al
Case No. 2:08-cv-02571-FCD-EFB

Stipulation And Request For Order Extending
Time For Parties To File Dispositional
Papers; Order