IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKHVIR ATWAL,

    Plaintiff,                    No. CIV S-08-2571 KJM-CMK

    vs.

MANOR CARE OF CITRUS HEIGHTS CA, LLC,

    Defendant.                    <u>ORDER</u>

_____/

        On February 22, 2011, the court issued an order granting parties leave to file dispositional documents by March 4, 2011.  (ECF 35.)  The parties to this action have not complied with the court's order.

        Accordingly, counsel for the parties are hereby ordered to show cause within fourteen days of the date of this order why sanctions should not be imposed against counsel and/or the parties for their failure to comply with the court's order.

        IT IS SO ORDERED.

DATED: March 28, 2011.

UNITED STATES DISTRICT JUDGE