IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKHVIR ATWAL,

    Plaintiff,                                    No. CIV S-08-2571 KJM-EFB

    vs.

MANOR CARE OF CITRUS HEIGHTS CA, LLC,

    Defendant.                                    ORDER

/

           On March 29, 2011, the court filed an order to show cause in the above-captioned action due to the parties' failure to comply with a previously issued court order.  (ECF 36.)  The parties submitted a timely response to the order to show cause (ECF 38) and this case has been voluntarily dismissed.  (ECF 37.)  Accordingly, the March 29 order to show cause is hereby DISCHARGED.  This case is CLOSED.

           IT IS SO ORDERED.

DATED: May 9, 2011.

                                                          UNITED STATES DISTRICT JUDGE